**UNITED STATES DISTRICT COURT**
For the Northern District of California

1

2

3

4

5

6

7

8                     UNITED STATES  DISTRICT COURT

9                     Northern District of California

10                            Oakland Division

11

12    ANIELLO L. IAZZETTA

13                    Plaintiff(s),                    No. C 10-01623 LB

            v.

14                                                   **ORDER DIRECTING PARTIES TO**
      CHRISTINA POULOS                                **FILE CONSENT/DECLINATION**
15                                                     **FORM**

                    Defendant(s).

16    _____/

17

18        On May 19, 2010, the parties in this action filed a Stipulation for Dismissal and Proposed

19    Order Thereon (Dkt. #6).  Before the Court can approve the parties' Stipulation dismissing this

20    action, the parties must consent to Magistrate Judge Beeler's jurisdiction.  *See* 28 U.S.C. § 636(c).

21    The Court therefore directs the parties to complete and file the attached form either consenting to or

22    declining to consent to Judge Beeler's jurisdiction before June 4, 2010.

23

24        **IT IS SO ORDERED.**

25

26    Dated: May 20, 2010

27                                                   _____
                                                     LAUREL BEELER
28                                                   United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES  DISTRICT COURT

9                     Northern District of California

10                            Oakland Division

11

12   ANIELLO L. IAZZETTA,                           No.  C 10-01623 LB

13            Plaintiff(s),              **CONSENT TO PROCEED BEFORE A
                                         UNITED STATES MAGISTRATE JUDGE**
14        v.

15   CHRISTINA POULOS,

16            Defendant(s).
     _____/

17

18        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19        In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby

20   consents to have a United States Magistrate Judge conduct any and all further proceedings in the

21   case, including trial, and the entry of a final judgment.  Appeal from the judgment shall be taken

22   directly to the United States Court of Appeals for the Ninth Circuit.

23

24   Dated: _____          _____
                                             Signature
25
                                             Counsel for _____
26                                           (Plaintiff, Defendant or indicate "pro se")

27

28

     C 10-01623                                     2

1

2

3

4

5

6

7

8                           UNITED STATES  DISTRICT COURT

9                           Northern District of California

10                                  Oakland Division

11

12    ANIELLO L. IAZZETTA,                        No.  C 10-01623 LB

13              Plaintiff(s),              **DECLINATION TO PROCEED BEFORE
                                           A MAGISTRATE JUDGE**
14        v.                                            **AND**
                                           **REQUEST FOR REASSIGNMENT TO A**
15    CHRISTINA POULOS,                    **UNITED STATES DISTRICT JUDGE**

16              Defendant(s).
      _____/

17

18         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19         The undersigned party hereby declines to consent to the assignment of this case to a United

20    States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

21    a United States District Judge.

22

23    Dated: _____          Signature_____

24                                             Counsel for _____
                                               (Plaintiff, Defendant, or indicate "pro se")
25

26

27

28

      C 10-01623                                    3

*UNITED STATES DISTRICT COURT*
*For the Northern District of California*