| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150 |
|   | Assistant United States Attorney |
| 4 | |
|   | 1301 Clay Street, Suite 340S |
| 5 | Oakland, California 94612 |
|   | Telephone: (510) 637-3697 |
| 6 | FAX: (510) 637-3724 |
|   | edward.olsen@usdoj.gov |
| 7 | |
|   | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ANIELLLO L. IAZZETTA, )
) No. C 10-1623 LB
        Plaintiff, )
)
    v. ) **STIPULATION TO DISMISS; AND**
) **[PROPOSED] ORDER**
CHRISTINA POULOS, DIRECTOR, )
USCIS CALIFORNIA SERVICE CENTER; )
ALEJANDRO MAYORKAS, DIRECTOR, )
USCIS; U.S. CITIZENSHIP AND )
IMMIGRATION SERVICES; JANET )
NAPOLITANO, SECRETARY, USDHS; )
U.S DEPARTMENT OF HOMELAND )
SECURITY, )
)
        Defendants. )
)

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled action without prejudice in light of the fact that the parties have agreed that, if plaintiff submits a new I-756 petition, the United States Citizenship and Immigration Services (USCIS) will expedite the processing of that petition and, barring any unforeseen circumstances, approve the petition.

//

//

//

STIPULATION TO DISMISS
C 10-1623 LB                            1

| | | |
|---|---|---|
| 1 | Dated: May 19, 2010 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |
| 7 | | |
| 8 | Dated: May 19, 2010 | /s/<br>ROBERT B. JOBE |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 24, 2010

_____
LAUREL BEELER
United States Magistrate Judge

STIPULATION TO DISMISS
C 10-1623 LB                                2